UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

In re:

Larry B Weinstein DBA LBW Real Estate Holdings, LLC, DBA Key Construction, LLC, DBA Slinn Avenue, LLC, DBA Post Office Square, LLC, DBA Bernadette Properties, LLC, DBA Chad Estates, LLC

Case No.: 19-23827 (RDD)
Chapter 11

Debtor.

-----------------------------------------------------------------

**ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY**

Upon the motion (the "Motion") of the Village of Spring Valley (the "Movant"), seeking relief pursuant to 11 U.S.C. § 362(d) from the automatic stay imposed in this case under 11 U.S.C. § 362(a); and, after due and sufficient service and notice, the Court having held a hearing on the Motion on January 23, 2020; and upon due consideration of all pleadings and arguments made by the parties; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing for the reasons stated by the Court in its bench ruling at the hearing, it is hereby

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that the automatic stay under 11 U.S.C. § 362(a) is vacated pursuant to 11 U.S.C. § 362(d)(1) for the limited purpose of allowing the parties to proceed with:

a) an action pending in the New York State Supreme Court for the County of Rockland, Index No.: 032220/2018, titled *Village of Spring Valley v. Post Office Square, LLC and Larry Weinstein;*

b) an appeal pending in the New York State Supreme Court, Appellate Division – Second

1

Department, Appeal No.: 2019-10838, titled *Village of Spring Valley v. Post Office Square,*

*LLC and Larry Weinstein;* and

c) an action pending in the United States District Court, Southern District of New York,

Case No.: 7:18-cv-09687-NSR, titled *Post Office Square LLC and Larry Weinstein, v.*

*Village of Spring Valley and Village of Spring Valley Board of Trustees, Alan Simon,*

*Mayor of Spring Valley.,*

in each case to a final judgment; <u>provided</u>, that in all other respects the automatic stay under 11

U.S.C. § 362(a) shall remain in full force and effect, including, without limitation, as to the

enforcement of any order (with the exception of pre-trial or procedural orders necessary to the

completion of the foregoing proceedings) or judgment in the foregoing actions and appeal.


Dated: February 6, 2020
      White Plains, New York

                    /s/ Robert D. Drain_____
                    Hon. Robert D. Drain
                    UNITED STATES BANKRUPTCY JUDGE