UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re:                                                                 Chapter 11

Larry B Weinstein                                                      Docket No.: 19-23827-rdd
dba LBW Real Estate Holdings, LLC
dba Key Construction, LLC
dba Slinn Avenue, LLC
dba Post Office Square , LLC
dba Bernadette Properties, LLC
dba Chad Estates, LLC,

                            Debtor(s)
-----------------------------------------------------------------------X

## WITHDRAWAL OF CLAIM

| Creditor Name and Address: | County of Rockland<br>11 New Hempstead Road<br>New City, New York 10956 |
|---|---|
| Claim Number: | 14 |
| Date Claim Filed: | 12/27/2019 |
| Total Amount of Claim Filed: | $40,405.21 |

I, the undersigned, am the above-referenced creditor or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor as payment in full was received on May 20, 2020.

Dated: June 15, 2020
       New City, New York

                                        THOMAS E. HUMBACH
                                        County Attorney, Rockland County
                                        11 New Hempstead Road
                                        New City, New York 10956
                                        (845) 638-5180

                                        By: _/s/ Katarzyna M. Fine_____
                                            Katarzyna M. Fine
                                            Principal Assistant County Attorney