

80 Red Schoolhouse Road
Suite 110
Chestnut Ridge
New York 10977
Phone: 845-352-4080
Fax: 845-352-8865
Website: www.barrlegal.com
Email: info@barrlegal.com

July 9, 2020

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Hon. Robert D. Drain

Re: Larry B. Weinstein
Chapter 11 Bankruptcy No. 19-23827

Dear Judge Drain:

In accordance with our communication with the Court, this letter is to confirm that the Continued Case Conference, as well as both of the Motions for relief of the Automatic Stay that were returnable on July 8, 2020 with respect to the above referenced Debtor have been adjourned to September 17, 2020 at 10:00 AM

Thank you for your attention to this matter.

Respectfully,

BARR LEGAL PLLC

Harvey S. Barr

HSB/ek