

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

July 9, 2020

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District Of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Specialized Loan Servicing LLC vs. Larry B Weinstein  DBA LBW Real Estate Holdings, LLC, DBA Key Construction, LLC, DBA Slinn Avenue, LLC, DBA Post Office Square , LLC, DBA Bernadette Properties, LLC, DBA Chad Estates, LLC, et al.

Case No.   19-23827-rdd

Dear Hon. Robert D. Drain:

Please accept this letter as a confirmation that the Motion for Relief from Stay and Motion to Sell are adjourned to September 17, 2020 at 10:00 a.m. in White Plains, New York.

If you have any questions, please feel free to call.

Very truly yours,

/s/ Courtney R Williams
By:    Courtney R Williams, Esq

cc:   Harvey S. Barr, Esq., Esq.