UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Re: | **NOTICE OF PRESENTMENT TO VACATE THE AUTOMATIC STAY** |
| Larry B Weinstein<br>dba LBW Real Estate Holdings, LLC,<br>dba Key Construction, LLC, | Case No.: 19-23827-rdd<br>(Chapter 11) |
| dba Slinn Avenue, LLC,<br>dba Post Office Square, LLC,<br>dba Bernadette Properties, LLC,<br>dba Chad Estates, LLC | Assigned to:<br>Hon. Sean H. Lane<br>Bankruptcy Judge |
| Debtor. | |

_____

PLEASE TAKE NOTICE that an order will be presented for signature to the Honorable Sean H. Lane at 300 Quarropas Street, White Plains, NY 10601 on the Fifteenth (15th) day of August, 2022.  The proposed order will seek to vacate the automatic stay imposed by 11 U.S.C. §362 with regard to the premises commonly known 7 Stillo Drive, Airmont, NY 10952 a copy of which order is annexed hereto.

If you have good reason to object to the granting of the proposed order, you must do so in writing and at least seven (7) days before the order is to be signed.  You must serve the undersigned and all other entities to whom this motion has been noticed, as indicated below, with a copy of your objections stating the legal grounds and the facts which establish the reasons for your objections.  The objections shall identify the motion to which they are addressed by name of moving party, date of the hearing, relief sought by the motion, and by title, caption, and index number of the case in which the motion is made.  Within the same time you must also file with the clerk of the Court the original of your objections together with proof by affidavit, admission, or otherwise that copies have been properly served.  If no proper objections are timely filed and served and if the judge is satisfied from the application that the moving party is entitled to the relief sought, the order may be signed without a hearing.  If proper objections are timely filed and served, the Court will notify the movant and objecting parties of the date and time of the hearing.  If no objections are filed, the Court may sign the order without further proceedings, or may direct that the hearing be held notwithstanding the absence of objections.

DATED: July 20, 2022
Williamsville, New York

        Yours, etc.

By: /s/ Courtney R. Shed
Courtney R Shed, Esq.
GROSS POLOWY, LLC
Attorneys for Secured Creditor
Wells Fargo Bank, N.A.
Office and Post Address:
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221
Telephone (716)204-1700

TO:

Larry B Weinstein      Debtor
dba LBW Real Estate Holdings, LLC,
dba Key Construction, LLC,
dba Slinn Avenue, LLC,
dba Post Office Square, LLC,
dba Bernadette Properties, LLC,
dba Chad Estates, LLC
7 Stillo Drive
Airmont, NY 10952

Harvey S. Barr      Attorney for Debtor
Barr Legal.,PLLC.
80 Red Schoolhouse Road
Suite 110
Chestnut Ridge, NY 10977

United States Trustee      U.S. Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014